UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE WILLIAM V. ALTENBERGER        Hearing Date: 10/13/17

Bankruptcy Case No. 17-81923  Adversary No. _____

Title of Cause: Frosty Fox, llc.

Brief Statement
of Motion: Motion to Dismiss/Relief from Stay/
Excuse compliance with Sec 543

Name and Address
of Moving Counsel: Richard G. Larsen
300 S. County Farm Rd Suite 1
Wheaton, IL 60187

Representing: G. Alexander McTavish, trustee & McPawel Trust

## ORDER

This Cause coming on for hearing on Motion to dismiss, by agreement of parties, through Counsel, IT IS ORDERED: 1) The automatic stay is modified to allow McHenry County Circuit Court to enter final judgment in Case No 13 CH 934  2) There will be no enforcement of judgment until further order of court; Status on all motions are continued to 10/27/17 at 11:00 AM.

DATED:
10/13/17

WILLIAM V. ALTENBERGER
UNITED STATES BANKRUPTCY JUDGE